# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOOKER SCC, LLC; BOSSIER
SCC, LLC; BRADFORD SCC, LLC;
COLONIAL SCC, LLC; RUSTON
SCC, LLC; NORMANDIE SCC,
LLC; SHREVEPORT SCC, LLC;
AND SPRINGLAKE SCC, LLC

VERSUS

DR. COURTNEY N. PHILLIPS, IN
HER OFFICIAL CAPACITY AS THE
SECRETARY OF THE LOUISIANA
DEPARTMENT OF HEALTH

NO. 2023 CW 0029

MARCH 13, 2023

---

In Re:   Louisiana   Department   of   Health,   applying   for
         supervisory   writs,   19th   Judicial   District   Court,
         Parish of East Baton Rouge, No. 713601.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED ON THE SHOWING MADE.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

_____
DEPUTY CLERK OF COURT
FOR THE COURT